## United States District Court for the Northern District of Illinois

Case Number: 08CV3157                    Assigned/Issued By: DAJ

Judge Name: LEFKOW                       Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _07/17/08_ as to _GEORGE ZIEMANN_
                                  (Date)

---

C:\wpwin80\docket\feeinfo.frm    03/14/05